ACCEPTED
03-14-00117-CV
5415819
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/26/2015 1:02:09 PM
JEFFREY D. KYLE
CLERK

# WASOFF & COWART PLLC



*attorneys at law*

100 North Central Expressway, Suite 901 - Richardson, Texas 75080*

Phone (214) 692-9700          Fax (214) 550-2674

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/26/2015 1:02:09 PM
JEFFREY D. KYLE
Clerk

Harry K. Wasoff, Jr. (1936 - 2012)

*By Appointment Only

Thomas B. Cowart
Board Certified - Civil Appellate Law, Texas Board of Legal Specialization
tom@tcowart.com

# ATTORNEY VACATION LETTER

May 26, 2015

Jeffrey D. Kyle

Clerk of the Court, Third Court of Appeals

209 West 14th Street, Room 101

Austin, Texas 78701

> re:      Gonzales v. Gonzales, No. 03-14-00117-CV (in the Court of Appeals for the Third Court of Appeals District at Austin)

Dear Mr. Kyle,

Please accept this letter as my request to reserve the following dates for summer vacation with my family:

> July 3, 2015 to July 17, 2015, inclusive

I ask that the Court and the other parties to this litigation refrain from setting any trials, hearings, depositions, pretrial deadlines, or discovery due dates during this time period.

> With kind regards
> **/s/ Thomas B. Cowart**
> Thomas B. Cowart

cc:      Wilson Shirley, III via efile